IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. WOODWARD                                                      PLAINTIFF
ADC #166447

v.                        No: 5:19-cv-00004 JM-PSH

JAMES GIBSON, *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Woodward's claims against Gibson and Payne based on their role in the grievance process be dismissed without prejudice.

DATED this 8th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE