IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. WOODWARD                                                                PLAINTIFF
ADC #166447

v.                              No: 5:19-cv-00004 JM-PSH

JAMES GIBSON, *et al.*                                                           DEFENDANTS

## ORDER

The Joint Motion to Dismiss with Prejudice filed by the parties to this action (Doc. No. 15) is granted. Woodward's complaint is dismissed with prejudice.

It is so ordered this 26th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE